No. 422. OFFICE EMPLOYES INTERNATIONAL UNION, LOCAL No. 11, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD, 353 U. S. 313. Motion of International Brotherhood of Teamsters et al. for leave to file petitions for rehearing of the order denying motion for leave to intervene, 353 U. S. 904, and for rehearing of the case on the merits denied.

No. 466. SECURITIES AND EXCHANGE COMMISSION *v.* LOUISIANA PUBLIC SERVICE COMMISSION ET AL., 353 U. S. 368. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 722. LANDELL, EXECUTOR, ET AL. *v.* NORTHERN PACIFIC RAILWAY Co., 352 U. S. 1017. Motion for leave to file petition for rehearing out of time denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.

JUNE 21, 1957.

No. 1103. WILSON, SECRETARY OF DEFENSE, ET AL. *v.* GIRARD; and
No. 1108. GIRARD *v.* WILSON ET AL.

*Per Curiam:* The petitions for writs of certiorari are granted. The cases are consolidated and assigned for argument on Monday, July 8, next. A maximum of four hours is allowed for argument, to be equally divided. In each case, the brief for petitioners will be served and filed on or before July 1, 1957. The briefs for respondents will be served and filed within five days from receipt of the petitioners' briefs. *Attorney General Brownell* and *Solicitor General Rankin* for petitioners in No. 1103. *Joseph S. Robinson, Earl J. Carroll* and *Dayton M. Harrington* for petitioner in No. 1108. Reported below: 152 F. Supp. 21.